IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § § § | |
| v. | § | 2:21-CR-26-Z-BR-(1) |
| ROY ELLIOTT RHYNE | § § § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

On June 4, 2021, the United States Magistrate Judge issued a Report and Recommendation Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant Roy Elliott Rhyne filed no objections to the Report and Recommendation within the fourteen-day period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of record in the above referenced cause—including the elements of the offense, Factual Resume, Plea Agreement, and Plea Agreement Supplement—and thereby determined that the Report and Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant Roy Elliott Rhyne was knowingly and voluntarily entered; ACCEPTS the guilty plea of Defendant Roy Elliott Rhyne; and ADJUDGES Defendant Roy Elliott Rhyne guilty of Count One in violation of 18 U.S.C. § 2252A(a)(1). Sentence will be imposed in accordance with the Court's sentencing scheduling order.

**SO ORDERED**, June ___, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE